IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# MODIFICATION OF PROBATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Timothy Lamar Wilson,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

Case No: 01cr297(1)(DSD)
Date: November 5, 2004
Court Reporter: Lorilee Fink
Tape Number:
Time Commenced: 10:00 a.m.
Time Concluded: 10:15 a.m.
Time in Court: 15 Minutes

## APPEARANCES:

Plaintiff: Thomas M. Hollenhorst, Assistant U.S. Attorney
Defendant: Daniel M. Scott 9 FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
9 **Initial Appearance - Revocation Proceedings.**
: **Modification of Probation - Final Hearing.**
9 **Revocation of Supervised Release - Final Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention Hearing 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
9 Defendant released on same terms and conditions of supervised release.
9 Detention Hearing scheduled for.
9 Defendant remanded to custody of the U.S. Marshal.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
: Probation continued for a term of six months, from 8/14/04 to 2/13/05, under the same conditions originally imposed.
9 Supervised Release continued for a term of.
9 Defendant is sentenced to:
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk