UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-297(1)(DSD)

United States of America,

Plaintiff,

v. **ORDER**

Timothy Lamar Wilson,

Defendant.

This matter came on November 5, 2004, for a final revocation hearing upon the probation officer's petition on probation. The petition alleges that defendant has violated the conditions of his probation by failing to complete his community service obligation and failing to report for drug testing. The defendant appeared with counsel and admitted the violations. Therefore, the court determines that defendant has violated the terms and conditions of his probation.

Accordingly, **IT IS HEREBY ORDERED** that defendant's term of probation be extended for six months, from August 14, 2004, to February 13, 2005, under the same conditions originally imposed.

Dated: November 5, 2004

s/David S. Doty
David S. Doty, Judge
United States District Court