Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Timothy Lamar Wilson,**

Defendant.

Docket No. 0:01CR00297-001(DSD)

On February 15, 2002, the above defendant was placed on supervision for a period of 2 years probation. On December 23, 2003, the Court extended supervision for six months until August 14, 2004. On November 5, 2004, the Court extended supervision for six months until February 13, 2005. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 14th day of December, 2004.

Honorable David S. Doty
Senior U.S. District Judge

SCANNED
DEC 15 2004